UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:16-cr-323-T-33TGW

AARON GARCIA-SILVA

_____/

**ORDER**

This matter comes before the Court sua sponte. On July 20, 2016, an indictment charging Defendant with violating 8 U.S.C. § 1326(a) was returned by the grand jury and assigned case number 8:16-cr-323-T-33TGW. The grand jury returned a second indictment charging Defendant with violating 21 U.S.C. §§ 841(a)(1) and 846. The second indictment proceeded under case number 8:17-cr-6-T-24TBM.

Then, upon Defendant's motion, the Honorable Susan C. Bucklew, United States District Judge, transferred case number 17-cr-6 to the undersigned. (Case No. 17-cr-6, Doc. ## 42, 47). The same day, the Court granted Defendant's motion to consolidate case numbers 16-cr-323 and 17-cr-6. (Case No. 16-cr-323, Doc. ## 24, 25).

The now-consolidated cases were set for a sentencing hearing for May 10, 2017. (Case No. 16-cr-323, Doc. # 38). In

reviewing the Presentence Investigation Report, the Court determined the two cases do not in fact share a common nexus of fact and questions of law. As such, the Court inquired of counsel as to this issue during the May 10, 2017, sentencing hearing. For the reasons stated on the record at the May 10, 2017, the Court finds it appropriate to vacate its Order consolidating case numbers 16-cr-323 and 17-cr-6. As the cases are no long consolidated, the Court further determines case number 17-cr-6 should be transferred back to Judge Bucklew, which transfer Judge Bucklew has consented to receive.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) For the reasons stated on the record at the hearing held on May 10, 2017, the Court's Order consolidating case numbers 16-cr-323 and 17-cr-6 is **VACATED.**

(2) Case number 17-cr-6 is transferred to Judge Bucklew, with her consent.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 11th day of May, 2017.

*/s/ Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE